## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: Stryker Rejuvenate and ABG II
Hip Implant Products Liability Litigation    MDL No. 13-2441 (DWF/FLN)
_____

This Document relates to:

MARVIN A. SMITH

       Plaintiff

vs.    Case No. 0:14-cv-02675

HOWMEDICA OSTEONICS d/b/a
STRYKER ORTHOPAEDICS, STRYKER
CORP., STRYKER SALES
CORPORATION and STRYKER
IRELAND LIMITED,

       Defendants.

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff by and through his undersigned attorneys, requests that Plaintiff's Complaint and all claims asserted in this action are dismissed without prejudice as to all Defendants and each party to bear its own costs. This dismissal is a result of a duplicative action filed on behalf of the above named plaintiff. Plaintiff will continue in New Jersey Courts, Bergen County, under Civil Action No. L 006500-14, Multicounty Litigation No. BER-L-936-13.

Date: April 28, 2015

                                        Respectfully submitted,

                                        */s/ Tonya L. Melnichenko*_____
                                        Tonya L. Melnichenko
                                        Co. Bar. 32152
                                        melnichenkot@fdazar.com
                                        FRANKLIN D. AZAR & ASSOCIATES, P.C.
                                        14426 East Evans Avenue
                                        Aurora CO 80014
                                        Telephone: 303-757-3300

                                        *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

    I hereby certify that on 28th day of April, 2015 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                          /s/ *Barbara Windmeyer*
                                              Barbara Windmeyer

**IT IS SO ORDERED.**

DATED: _____          _____
                                THE HONORABLE JUDGE DONOVAN W. FRANK